### 13226.  HAYES *v.* THE STATE.

BLOODWORTH, J. The special grounds of the motion for a new trial are without merit. There is evidence to support the verdict, which has the approval of the trial judge, and, as no error of law appears, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 11, 1922.

Accusation of misdemeanor; from city court of Alma — Judge Tuten.   November 26, 1921.

*I. J. Bussell,* for plaintiff in error.

*H. L. Causey, solicitor,* contra.